IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HARVEY BEETHOVEN SEAY, JR. ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CA 21-0435-JB-MU |
| ) | |
| NOAH TREY OLIVER PRICE, III, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) be **DISMISSED without prejudice**. Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

**DONE and ORDERED** this 18th day of October, 2021.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE